**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                               Case No.: 1:08-CR-014-SPM

GLENN JEROME BLAKE, JR.,

      Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      PURSUANT TO the Report and Recommendation (doc. 165) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **GLENN JEROME BLAKE, JR.**, to Counts One and Three of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

      DONE AND ORDERED this <u>nineteenth</u> day of December, 2008.


                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge