UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.              Case No.: 1:08-CR-014-SPM

GLENN JEROME BLAKE, JR.,

  Defendant.

_____/

## ORDER CONTINUING SENTENCING

  Upon consideration, Defendant's unopposed Motion to Continue Sentencing (doc. 143) is **granted**. The sentencing hearing is reset for 1:30 p.m. on **Monday, August 3, 2009**, at the United States Courthouse in Gainesville, Florida.

  DONE AND ORDERED this twenty-sixth day of May, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge