IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                  Case No.:1:08-cr-14-SPM/AK-3

GLENN JEROME BLAKE, JR.,

      Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the Defendant's Motion to Continue Sentencing (doc. 167). The Government does not oppose the motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to continue (doc. 167) is hereby *granted*.

2. Sentencing is reset for **Monday, October 5, 2009, at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this twenty-third day of July, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge