Start: 2:21 p.m.   2:33 p.m.
Stop: 2:24 p.m.   2:42 p.m.

## *UNITED STATES DISTRICT COURT*
### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No:   1:08-cr-14 SPM                                                                                   Date:   12-7-09

PROCEEDINGS:                        Sentencing

PRESENT:    Honorable STEPHAN P. MICKLE, Judge

| TiAnn Stark | Christine Bordenave (USDC) | Frank Williams |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |
| Dennis Thomson | _____ for language: | |
| Probation Officer | Interpreter | |

U.S.A   vs.  (DEFENDANT LISTED BELOW)        ATTORNEYS FOR DEFENDANT

  GLENN BLAKE JR                                              HUNTLEY JOHNSON
 X  present   X   custody   __bond   _O/R         X  present   ___ appt   X  retained

DEFENDANT ADJUDICATED GUILTY OF COUNT(S)  1 and 3  ;
SENTENCE IMPOSED:
 X      Defendant remanded to the custody of the Bureau of Prisons
        on count(s)      1     imprisonment for a term of  42   months
                         3     imprisonment for a term of  18   months

   with said sentences to run  ___ concurrently and  X   consecutively

 X    FINE PAYMENT:     X   Fine waived;  ___ Fine of $ _____
                        X   SMA of $ 200.00  due immediately

 ___  RESTITUTION: Defendant is jointly and severally liable for restitution of:
      $_____ made payable to _____
      $_____ made payable to _____

 X   S/R or PROBATION: Defendant is under  X  Supervised Release upon completion of
     term of imprisonment or ___ Probation for a period of  5  years as to each count with
     terms to be served concurrently.  With the following special modifications:
     ___   Defendant to be deported upon release from BOP
      X    Defendant to report to the USPO in the district where released within 72 hours of release from BOP
      X    Defendant shall not own or possess a firearm or other dangerous weapon
      X    Defendant shall submit to:  X  testing for the use of drugs or alcohol; X  Alcohol/Drug treatment;
            ___ Mental Health counseling if deemed necessary by the Probation Officer
      X    Defendant shall provide requested financial information to the Probation Officer
     ___   Defendant shall make any unpaid restitution on a payment schedule of not less than $   per month
      X    Upon release, Defendant shall:  X  maintain employment or enroll as a full-time student; __ complete high
            school education
      X    Additional Terms: DNA; child support; no alcohol

SENTENCING MINUTES CONTINUED

__X__  Defendant has read the pre-sentence investigation report (PSR) and has discussed it with his/her attorney

_____  Objections to the PSR were made

__X__  CUSTODY STATUS
    __X__  Defendant committed to the custody of the US Department of Justice
    _____  Defendant to surrender to US Marshal at ___ or designated institution at his/her own expense no later than _____ on _____
    _____  Defendant remains on bond with ___ same terms and conditions or _____ with modified terms as follows:
    _____  Defendant is released after meeting with Probation Officer

_____  Remaining count(s) ___ is/are dismissed on government motion

__X__  Court informs Defendant of right to appeal

__X__  Court recommends:  __one year drug treatment and counseling  while incarcerated__

__X__  Additional sentence:
Forfeiture:     Ruger P94 .40 caliber semi-automatic handgun, serial no. 341-40677

tss